JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BREANA PENNIMAN, | Case No. 5:25-cv-02241-SSS-SKx |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendant. | |

JUDGMENT

Defendant, EQUIFAX INFORMATION SERVICES, LLC, by counsel, having filed its Motion to Dismiss Plaintiff's Complaint, ECF No. 10, AND THE COURT, having been duly advised, FINDS that the same should be granted for the reasons given in the Court's Order Granting Defendant's Motion to Dismiss, ECF No. 19,

IT IS HEREBY ORDERED that all claims of Plaintiff Breana Penniman against Defendant EQUIFAX INFORMATION SERVICES, LLC are dismissed, with prejudice, with each party to bear their own fees and costs.

The Court DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Date: January 13, 2026

_____
Honorable Sunshine S. Sykes
United States District Judge